# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON  CHAPTER 12
Debtor  CASE NO. 20-10869-SDM

## FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Firm of Craig M. Geno, PLLC* (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1. On February 27, 2020, the Debtor herein filed with this Court his original petition under Chapter 12 of the Bankruptcy Code.

2. On March 31, 2020, an Order [DK #19] approving the employment of the Applicant, as attorneys for the Debtor was entered by the Court.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from November 15, 2019, to and including July 23, 2020, and is for the sum of $9,435.01 ($9,093.50 in fees and $341.51 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the 24th day of July, 2020.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Nicholson, Darel Wayne\Fee Apps\CMG\1st\Application.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

THIS the 24th day of July, 2020.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  DAREL WAYNE NICHOLSON                              CHAPTER 12
        Debtor                                   CASE NO. 20-10869-SDM

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON  
       Debtor

CHAPTER 12  
CASE NO. 20-10869-SDM

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____  
Craig M. Geno

STATE OF MISSISSIPPI  
COUNTY OF Hinds

SWORN TO AND SUBSCRIBED BEFORE ME, this the 24th day of July, 2020.

_____  
NOTARY PUBLIC  
MY COMMISSION EXPIRES June 21, 2021

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON      CHAPTER 12
       Debtor      CASE NO. 20-10869-SDM-JDW

# EXHIBIT "B"

## Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048    Fax:601-427-0050

Darel Nicholson                                                              July 24, 2020
32958 Highway 45 N
Nettleton, MS-Mississippi
38858-8322 USA

|  |  |
|---|---|
| File #: | 319031 |
| **Attention:** | Inv #: | 347388 |

**RE:**   Chapter 12

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-15-19 | Telephone conference with Mr. Nicholson regarding initial background information for filing Chapter 11 | 0.25 | 93.75 | CMG |
| Nov-17-19 | Conference with Mr. and Mrs. Nicholson regarding Chapter 12 background, explanation of Chapter 12 and related filing information | 1.65 | 618.75 | CMG |
| Nov-27-19 | Telephone conference with Tom Tucker regarding Pinnacle workout | 0.20 | 75.00 | CMG |
| Dec-05-19 | Telephone conference with Mr. Nicholson regarding offer to Tom Tucker | 0.20 | 75.00 | CMG |
|  | Dictation of letter to Tom Tucker regarding settlement offer to avoid Chapter 12: review and revision of same | 0.25 | 93.75 | CMG |
|  | Assist CMG drafting letter to Tommy Tucker re Settlement Offer | 0.10 | 18.50 | KLC |
| Dec-16-19 | Telephone conference with Mr. Nicholson regarding Sanders' offer, case filing considerations | 0.25 | 93.75 | CMG |
|  | Assist CMG drafting Voluntary Petition and Matrix | 0.25 | 46.25 | KLC |
| Dec-20-19 | Review memos to/from Katie Carter regarding voluntary petition and credit counseling | 0.20 | 75.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-23-19 | Review memos to/from Tommy Tucker regarding settlement offer | 0.20 | 75.00 | CMG |
| Jan-02-20 | Assist CMG revising Matrix | 0.10 | 18.50 | KLC |
| Jan-16-20 | Review and revision of initial papers | 0.35 | 131.25 | CMG |
| | Telephone conference with Mr. Nichols regarding collateral swap, divorce implications | 0.25 | 93.75 | CMG |
| Jan-17-20 | Assist CMG setting up file and subfiles | 0.30 | 55.50 | KLC |
| Jan-29-20 | Review letter from Tommy Tucker; review default pleadings | 0.65 | 243.75 | CMG |
| Feb-17-20 | Assist CMG drafting letter to Darel Nicholson re Default Judgment | 0.10 | 18.50 | KLC |
| Feb-19-20 | Telephone conference with Darel Nicholson regarding timing on filing | 0.10 | 37.50 | CMG |
| Feb-21-20 | Review and revision of initial petition, Matrix | 0.15 | 56.25 | CMG |
| Feb-28-20 | Review Order and Deficiency Notice regarding SOFA and Schedules | 0.20 | 75.00 | CMG |
| | Receipt and review of Notice of Deficiency; calendar deadline to file Attorney Disclosure Statement, Statement of SSN, Schedules, SOFA | 0.10 | 18.50 | KLC |
| Mar-02-20 | Dictation of Rule 2016 (b) statement | 0.10 | 37.50 | CMG |
| | Dictation of Application to Employ, Order on Application to Employ; review and revision of same | 0.55 | 206.25 | CMG |
| | Assist CMG drafting Attorney Disclosure Statement, Application to Employ CMG, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| Mar-03-20 | Review Hearing Notice | 0.20 | 75.00 | CMG |
| | Review Order regarding Certificate of Service | 0.10 | 37.50 | CMG |
| | Receipt and review of hearing notice re Application to Employ CMG; calendar hearing | 0.15 | 27.75 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | date and objection deadline to trigger preparation of hearing folder | | | |
| | Receipt and review of Order to File Certificate of Service re hearing notice on Application to Employ CMG; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
| Mar-04-20 | Telephone conference with Mr. Nicholson regarding Schedules, values and SOFA questions | 0.25 | 93.75 | CMG |
| Mar-05-20 | Assist CMG drafting Certificate of Service re Application to Employ CMG | 0.10 | 18.50 | KLC |
| Mar-07-20 | Review Hearing Notice | 0.20 | 75.00 | CMG |
| | Review Order for Certificate of Service | 0.10 | 37.50 | CMG |
| Mar-09-20 | Review Certificate of Service | 0.10 | 37.50 | CMG |
| | Review Hearing requirements | 0.20 | 75.00 | CMG |
| | Review FNBO Proof of Claim | 0.25 | 93.75 | CMG |
| | Review memo from Katie Carter regarding sale of equipment | 0.35 | 131.25 | CMG |
| | Meeting with Darel Nicholson re Schedules, SOFA | 1.30 | 240.50 | KLC |
| | Organize and supervise mailout of Application to Employ CMG | 0.20 | 37.00 | KLC |
| Mar-10-20 | Review and revision of schedules, SOFA; conference with Katie Carter regarding Schedules, SOFA and ownership issues | 1.00 | 375.00 | CMG |
| | Assist CMG drafting and revising Schedules, SOFA | 1.30 | 240.50 | KLC |
| Mar-11-20 | Final review and revision of Schedules; SOFA | 0.45 | 168.75 | CMG |
| | Assist CMG revising Schedules, SOFA | 0.30 | 55.50 | KLC |
| Mar-12-20 | Review Bank of Okalona Notice | 0.20 | 75.00 | CMG |
| | Assist CMG drafting Amended Matrix | 0.20 | 37.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-18-20 | Review Notice from Bank of Okalona | 0.20 | 75.00 | CMG |
| Mar-20-20 | Update/preparation of document management control (subfiles and pleadings) | 0.60 | 111.00 | SLP |
| Mar-27-20 | Review Kubota Proofs of Claim | 0.40 | 150.00 | CMG |
| | Review file and Notice fee | 0.10 | 37.50 | CMG |
| Mar-30-20 | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines | 0.15 | 27.75 | KLC |
| Apr-01-20 | Telephone conference with Mr. Nicholson regarding 341; termiated hearings | 0.20 | 75.00 | CMG |
| Apr-02-20 | Review Chapter 12 Trustee form requests | 0.20 | 75.00 | CMG |
| | Review Notice of 341; deadlines | 0.20 | 75.00 | CMG |
| | Dictation of letter to client regarding 341, deadlines, form info to Chapter 12 Trustee | 0.20 | 75.00 | CMG |
| | Receipt and review of Letter from Ch. 12 Trustee Requesting Documents; calendar deadline to submit documents | 0.10 | 18.50 | KLC |
| | Assist CMG drafting letter to Darel Nicholson re MOC and letter from Trustee requesting documents | 0.10 | 18.50 | KLC |
| Apr-10-20 | Assist CMG drafting letter to Harold Barkley sending requested documents | 0.10 | 18.50 | KLC |
| Apr-16-20 | Review Proof of Claim and Amended Proof of Claim of Advance Acceptance | 0.35 | 131.25 | CMG |
| Apr-19-20 | Update/preparation of document management control (subfiles and pleadings) | 0.30 | 55.50 | SLP |
| Apr-20-20 | Review Advance Acceptance Proofs of Claim | 0.35 | 131.25 | CMG |
| Apr-22-20 | Review file; Attended 341 meeting | 0.85 | 318.75 | CMG |
| Apr-27-20 | Analyze and review Bank of Okalona Proof of Claim | 0.75 | 281.25 | CMG |
| | Dictation of letter to client seeking values and necessity of various items of equipment | 0.30 | 112.50 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Assist CMG drafting letter to Darel Nicholson re Bank of Okolona Collateral | 0.20 | 37.00 | KLC |
| Apr-29-20 | Review Pinnacle Proof of Claim | 0.45 | 168.75 | CMG |
| May-14-20 | Review revised and updated equipment list | 0.20 | 75.00 | CMG |
| May-24-20 | Dictation of motion for additional time to file Plan | 0.40 | 150.00 | CMG |
| | Dictation of Notice regarding Plan Motion | 0.20 | 75.00 | CMG |
| | Dictation of Certificate of Service regarding Notice regarding Plan Motion | 0.15 | 56.25 | CMG |
| May-26-20 | Assist CMG drafting Motion for Additional Time to File Plan, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| May-27-20 | Dictation of Motion and Order regarding Plan filing; review and revision of same | 0.75 | 281.25 | CMG |
| | Dictation of letter to client regarding Monthly Operating Report | 0.20 | 75.00 | CMG |
| | Assist CMG drafting letter to Darel Nicholson re MORs | 0.10 | 18.50 | KLC |
| | Assist CMG revising Motion for Additional Time to File Plan | 0.10 | 18.50 | KLC |
| Jun-02-20 | Receipt and review of Order on Motion for Additional Time to File Plan; calendar deadline and reminders to file Plan | 0.10 | 18.50 | KLC |
| Jul-04-20 | Review John Deere unsecured Proof of Claim | 0.25 | 93.75 | CMG |
| Jul-13-20 | Telephone conference with Mr. Nicholson regarding sale of back hoe | 0.20 | 75.00 | CMG |
| Jul-15-20 | Review file, Schedules and SOFA | 0.75 | 281.25 | CMG |
| | Dictation of first draft of Plan | 1.30 | 487.50 | CMG |
| | Assist CMG revising Chapter 12 Plan | 0.40 | 74.00 | KLC |
| Jul-16-20 | Review and revision of Plan | 0.75 | 281.25 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-19-20 | Review Order for Certificate of Service | 0.10 | 37.50 | CMG |
| | Review Hearing Notice | 0.20 | 75.00 | CMG |
| | Dictation of Certificate of Service regarding Plan | 0.15 | 56.25 | CMG |
| | Review Notice regarding telephonic hearing | 0.20 | 75.00 | CMG |
| Jul-20-20 | Review Order on Certificate of Service | 0.10 | 37.50 | CMG |
| | Receipt and review of hearing notice re Chapter 12 Plan; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Order to File Certificate of Service re hearing notice on Chapter 12 Plan; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
| Jul-23-20 | Review file; review and revision of itemizations | 0.35 | 131.25 | CMG |
| | Dictation of Application for Compensation; review and revision of same | 0.75 | 281.25 | CMG |
| | Totals | 28.10 | $9,093.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-15-19 | Long distance | 2.13 |
| Nov-27-19 | Long distance | 3.00 |
| Dec-05-19 | Long distance | 2.00 |
| Dec-16-19 | Long distance | 3.13 |
| Jan-16-20 | Long distance | 3.00 |
| Feb-19-20 | Long distance | 2.00 |
| Mar-09-20 | Photocopies 27 pages @ .25/page | 6.75 |
| | Postage Mailout 5 @ .50 | 2.50 |
| Mar-20-20 | COURTS/USBC-MS-N | 275.00 |
| | COURTS/USBC-MS-N | 31.00 |
| Jul-21-20 | Photocopies 32 pages @ .25/page | 8.00 |
| | Postage Mailout 5 @ .50 | 3.00 |
| | Totals | $341.51 |

| | | | |
|---|---|---|---|
| **Total Fee & Disbursements** | | | $9,435.01 |

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Craig M. Geno | $375.00 | 20.50 | $7,687.50 |
| Kathryn L. Carter | $185.00 | 6.70 | $1,239.50 |
| Sherry Lynn Purvis | $185.00 | 0.90 | $166.50 |

TAX ID Number    45-4013160