# CHAPTER 12 CASE - MONTHLY CASH RECEIPTS AND DISBURSEMENTS

NAME OF DEBTOR **Dale Nicholson**     CASE NO. **20-10809-SDM**

Month of **March**, 20**20**

I. <u>Cash Received During Month</u>     <u>Amount</u>

    Business/Farm Income (itemize):
    <u>Item</u>     <u>Quantity Sold</u>     <u>Amount</u>
    See Attachment

    Total Business/Farm Income (itemize)     $ 2500.00

    Loan Proceeds Received This Month (if any)     $ _____

    Income Received from Non-Farming Employment     $ 26,620.17

    Other Receipts: _____     $ _____

II. TOTAL CASH RECEIPTS     $ 29,120.17

III. <u>Expenses Paid</u>     <u>Amount</u>

    Total Amount Paid for Household or Living Expenses     $ 6488.95

    Operating Expenses Paid (itemize)
    <u>Item</u>     <u>Amount</u>
    See Attachment

    Total Operating Expenses Paid     $ 21134.02

    Plan Payments Made to Chapter 12 Trustee     $ _____

    TOTAL EXPENSES     $ 27,622.97

IV. <u>Income (or Loss) for Month</u>     $ 1497.30

V. <u>Cash Reconciliation:</u>
    Cash and Bank Account Balance at Beginning of Month     $ ~~illegible~~
    Income (or Loss) During Month     $ _____
    Cash and Bank Account Balance at End of Month     $ ~~illegible~~

VI. <u>Other: Unpaid Post-Petition Expenses Incurred to Date and Not Paid (itemize):</u>
    <u>Expense</u>     <u>Amount</u>

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE               DEBTOR/OFFICER OF DEBTOR

## EXPENSE ITEMIZATION

**Farm Operating Expenses:**

Fuel - 1558.52      Utilities - 48.78
Insurance 5840.75
Repair - 505.71

Total Farm Expenses


**Non-Farm Operating Expenses:**

Materials - 8135.23    Insurance - 1783.00    Sales Tax - 82.83
Fuel - 2211.81         Repair - 5484.03       Utilities - 2393.33
Labor - 3125.00        Rent - 465.00          Telephone - 177.89
                       Professional Fees - 31.00

Total Non-Farm Operating Expenses


**Household or Living Expenses:**

Truck - 750.00         House Maintenance - 850.45
Insurance - 770.00     Vet. - 324.00
Taxes - 1683.23        Utilities - 275.00
Food - 650.00          Vehicle Tags - 901.73

Total Household Expenses


Total Expenses