# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                 CHAPTER 12 NO.:

DAREL WAYNE NICHOLSON                           20 – 10869 – SDM

## TRUSTEE'S MOTION TO DISMISS

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows;

1. That, Debtor has failed to timely file their *Debtor-in-Possession Monthly Operating Reports* for filing periods of January 2021, February 2021 and March 2021.

2. That, Debtor should be required to file their *Debtor-in-Possession Monthly Operating Reports* for filing periods January, 2021, February 2021 and March 2021 on or before a hearing hereon or this case should be dismissed.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May    11    , 2021

                                                   Respectfully submitted,

                                                   /s/Harold J. Barkley, Jr.
                                                   HAROLD J. BARKLEY, JR. – MSB #2008
                                                   CHAPTER 12 TRUSTEE
                                                   POST OFFICE BOX 5069
                                                   JACKSON, MS 39296-5069
                                                   PHONE: 601/362-7153
                                                   FAX: 601/366-7442
                                                   E-MAIL: HJB@HBARKLEY13.COM

# **C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Craig M. Geno PLLC
cmgeno@cmgenolaw.com

Darel Wayne Nicholson
32958 Hwy 45 North
Nettleton, MS 38858


Dated: May __11__, 2021

                                            /s/Harold J. Barkley, Jr.
                                            HAROLD J. BARKLEY, JR.