CHAPTER 12 CASE - MONTHLY CASH RECEIPTS AND DISBURSEMENTS

NAME OF DEBTOR Dale Nicholson   CASE NO. 20-10869

Month of Sept, 2024

I. **Cash Received During Month**   Amount

Business/Farm Income (itemize):
Item                Quantity Sold   Amount
See Attachment

Total Business/Farm Income (itemize)   $28,625

Loan Proceeds Received This Month (if any)   $

Income Received from Non-Farming Employment   $ -0-

Other Receipts: _____   $

II. **TOTAL CASH RECEIPTS**   $28,525

III. **Expenses Paid**   Amount

Total Amount Paid for Household or Living Expenses   $1,485

Operating Expenses Paid (itemize)
Item   Amount
See Attachment

Total Operating Expenses Paid   $24,674

Plan Payments Made to Chapter 12 Trustee   $

TOTAL EXPENSES   $26,159

IV. **Income (or Loss) for Month**   $

V. **Cash Reconciliation:**
Cash and Bank Account Balance at Beginning of Month   $24,935.93
Income (or Loss) During Month   $
Cash and Bank Account Balance at End of Month   $55,150

VI. **Other: Unpaid Post-Petition Expenses Incurred to Date and Not Paid (itemize):**
Expense  Fertilizer   Amount  33,487

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
DATE                            DEBTOR/OFFICER OF DEBTOR

# Sept

## EXPENSE ITEMIZATION

**Farm Operating Expenses:**

Labor - 1800⁰⁰       INS 4806.       Utilites 327⁰⁰
Feed - 354⁰⁰        Legal Fees 500⁰⁰   Truck Tag 1433⁰⁰
Fuel - 556⁰⁰        Repair - 2535⁷⁹

**Total Farm Expenses**

10,881⁰⁰


**Non-Farm Operating Expenses:**

Materials - 2241⁰⁰    Labor - 5857⁰⁰
Fuel - 3125⁰⁰        Repair - 1695⁰⁰
INS - 282⁰⁰          Telephone - 235⁰⁰
                    Utilites - 315⁰⁰

**Total Non-Farm Operating Expenses**

13,793⁰⁰


**Household or Living Expenses:**

Truck - 700⁰⁰
Utilites - 185⁰⁰
Food - 600⁰⁰

**Total Household Expenses**

1485⁰⁰


**Total Expenses**