IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     DAREL WAYNE NICHOLSON                CHAPTER 12
                 Debtor                                                     CASE NO. 20-10869-SDM

**THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF NECESSARY EXPENSES
FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC**

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this its *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Firm of Craig M. Geno, PLLC* (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1. On February 27, 2020, the Debtor herein filed with this Court his original petition under Chapter 12 of the Bankruptcy Code.

2. On March 31, 2020, an Order [DK #19] approving the employment of the Applicant, as attorneys for the Debtor was entered by the Court.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5. This is the Applicant's third request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from October 15, 2020, to and including June 20, 2022, and is for the sum of $16,321.23 ($15,527.50 in fees and $793.73 in expenses).

6. The Applicant's second request for allowance of compensation for professional services rendered in this proceeding covered the period from July 20, 2020, to and including February 23, 2021, and was for the sum of $6,420.53 ($6,396.50 in fees and $24.03 in expenses). An Order [DK #66] awarding the full amount requested was entered on March 30, 2021.

7. The Applicant's second request for allowance of compensation for professional services rendered in this proceeding covered the period from November 15, 2019, to and including July 23, 2020, and was for the sum of $9,435.01 ($9,093.50 in fees and $341.51 in expenses), less any retainer balance remaining. An Order [DK #40] awarding the full amount requested was entered on August 25, 2020.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtor/Chapter 12 Trustee to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the 20th day of June, 2022.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: /s/ Craig M. Geno
    Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Nicholson, Darel Wayne\Fee Apps\CMG\3rd\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Sammye S. Tharp, Esq.
Office of the United States Trustee
sammye.s.tharp@usdoj.gov

Harold J. Barkley, Jr., Esq.
hjb@hbarkley13.com

THIS the 20th day of June, 2022.

/s/ Craig M. Geno
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON
       Debtor

CHAPTER 12
CASE NO. 20-10869-SDM

EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON  
       Debtor

CHAPTER 12  
CASE NO. 20-10869-SDM

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____  
Craig M. Geno

STATE OF MISSISSIPPI  
COUNTY OF Madison

SWORN TO AND SUBSCRIBED BEFORE ME, this the 20th day of June, 2022.

_____  
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2025

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DAREL WAYNE NICHOLSON
       Debtor

CHAPTER 12
CASE NO. 20-10869-SDM-JDW

# EXHIBIT "B"

# Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048     Fax:601-427-0050

Darel Nicholson                                                June 20, 2022
32958 Highway 45 N
Nettleton, MS-Mississippi
38858-8322 USA

File #:   319031
**Attention:**                                                 Inv #:    347660

**RE:**    Chapter 12

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-16-20 | Telephone conference with Mr. Nicholson approving Bank settlement | 0.30 | 120.00 | CMG |
| Nov-12-20 | Review and revision of itemizations | 0.75 | 300.00 | CMG |
| Feb-25-21 | Review hearing notice | 0.20 | 80.00 | CMG |
|  | Receipt and review of hearing notice re CMG's 2nd Fee Application; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
|  | Receipt and review of Order to File Certificate of Service re hearing notice on CMG's 2nd Fee Application; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
|  | Assist CMG drafting Certificate of Service re CMG's 2nd Fee Application | 0.10 | 18.50 | KLC |
| Feb-26-21 | Dictation of COS re fee application | 0.20 | 80.00 | CMG |
|  | Organize and supervise mailout of CMG's 2nd Fee Application | 0.20 | 37.00 | KLC |
| Mar-19-21 | (First Western v.) Receipt and review of Summons re First Western Equipment Finance v. Nicholson Farms; calendar answer deadline | 0.10 | 18.50 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-24-21 | (First Western v.) Assist CMG drafting Answer, Defenses to Complaint | 0.20 | 37.00 | KLC |
| | (First Western v.) Assist CMG drafting letter to Clerk sending Answer, Defenses to Complaint for filing | 0.10 | 18.50 | KLC |
| Apr-19-21 | Telephone conference with Darel Nicholson (vm) re eligibility for PPP loan | 0.15 | 60.00 | CMG |
| Apr-29-21 | Review memo from Chapter 12 Trustee re MORs delinquency; Conference with KLC re same issue | 0.25 | 100.00 | CMG |
| | Assist CMG drafting letter to Darel Nicholson re delinquent MORs | 0.10 | 18.50 | KLC |
| May-03-21 | Review memo from Michelle Arnold; Review new proposal; Dictation of letter to client re same | 0.40 | 160.00 | CMG |
| May-11-21 | Review motion to dismiss submitted by Ch. 12 Trustee | 0.50 | 200.00 | CMG |
| | Review order for certificate of service | 0.20 | 80.00 | CMG |
| | Review notice of hearing | 0.20 | 80.00 | CMG |
| | Review certificate of service from Ch. 12 Trustee | 0.15 | 60.00 | CMG |
| | Receipt and review of hearing notice re Trustee's Motion to Dismiss; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| May-13-21 | Review MORs (4 months) | 0.75 | 300.00 | CMG |
| May-14-21 | Review memo from Ch. 12 Trustee re withdrawing motion to dismiss | 0.10 | 40.00 | CMG |
| | Review order on dismissal motion | 0.10 | 40.00 | CMG |
| May-17-21 | Review memos to/from Michelle Arnold re GPS issues | 0.20 | 80.00 | CMG |
| Jun-21-21 | Review MOR | 0.40 | 160.00 | CMG |
| Jul-20-21 | Dictation of motion to sell | 1.00 | 400.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review and revision of motion to sell | 0.35 | 140.00 | CMG |
| | Dictation of motion to expedite | 0.40 | 160.00 | CMG |
| | Review and revision of motion to expedite | 0.10 | 40.00 | CMG |
| | Dictation of sale order | 0.75 | 300.00 | CMG |
| | Review and revision of sale order | 0.30 | 120.00 | CMG |
| | Dictation of order to expedite | 0.30 | 120.00 | CMG |
| | Review and revision of order to expedite | 0.10 | 40.00 | CMG |
| | Assist CMG drafting and revising Motion to Sell Excavator, Certificate of Service and Order re same and Motion to Expedite Hearing and Order re same | 0.60 | 111.00 | KLC |
| Jul-22-21 | Review notice of hearing | 0.20 | 80.00 | CMG |
| | Review order for COS | 0.20 | 80.00 | CMG |
| | Dictation of COS re sale motion | 0.15 | 60.00 | CMG |
| | Review June MOR | 0.30 | 120.00 | CMG |
| | Receipt and review of Order on Motion to Expedite Hearing on Motion to Sell Excavator; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Sell Excavator | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Motion to Sell Excavator | 0.25 | 46.25 | KLC |
| Jul-23-21 | Review Ch. 12 Trustee response to sale motion | 0.30 | 120.00 | CMG |
| | Update/preparation of document management control (subfiles and pleadings) | 0.40 | 74.00 | KLC |
| Aug-03-21 | Review and revision of agreed order on | 0.40 | 160.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | motion to sell; Review memo to Justin Jones re same |  |  |  |
|  | Review memos to/from Justin Jones re asset sale and adjustment of Chapter 12 Trustee fees based upon what would have been paid under the confirmed plan | 0.20 | 80.00 | CMG |
|  | Assist CMG drafting and revising Agreed Order on Motion to Sell Excavator | 0.20 | 37.00 | KLC |
| Aug-04-21 | Finalize excavator sale order; Review and revision of same; Review memos to/from Justin Jones re same | 0.55 | 220.00 | CMG |
|  | Conference with KLC re witnesses for 8/5 sale hearing | 0.25 | 100.00 | CMG |
|  | Telephone conference with Mr. Buck re GPS system and coordination of implementing it | 0.25 | 100.00 | CMG |
|  | Review file and court docket re: 8/5/21 hearing on Motion to Sell Excavator; prepare hearing folder for same | 0.25 | 46.25 | KLC |
| Aug-05-21 | Final review of sale order | 0.10 | 40.00 | CMG |
|  | Telephone conference with Mr. Nicholson re hearing preparation | 0.20 | 80.00 | CMG |
|  | Review file; Prepare for hearing; Attended sale hearing on sale of excavator | 0.65 | 260.00 | CMG |
|  | Review exhibit and witness list | 0.20 | 80.00 | CMG |
| Aug-06-21 | Review sale order; Dictation of memo to Mr. Nicholson re consummating excavator sale | 0.25 | 100.00 | CMG |
|  | Dictation of letter to client authorizing and instructing him to sell the excavator personal property after an order has been entered | 0.10 | 40.00 | CMG |
| Aug-17-21 | Conference with KLC; Review memos from KLC to Mr. Nicholson seeking information re a description of assets to be sold, ownership of assets to be sold, timing of sale and numerous related matters | 0.20 | 80.00 | CMG |
| Aug-30-21 | (First Western Equipment v. Nicholson Farms) Receipt and review of hearing notice re | 0.10 | 18.50 | KLC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Plaintiff's Motion for Default Judgment; calendar hearing date to trigger preparation of hearing folder | | | |
| Sep-01-21 | Dictation of motion to sell home | 0.75 | 300.00 | CMG |
| | Assist CMG drafting Motion to Sell Caddy and Cutter, Certificate of Service and Order re same, Motion to Expedite Hearing and Order re same | 0.50 | 92.50 | KLC |
| | Assist CMG drafting Motion to Sell Bushhog, Certificate of Service and Order re same, Motion to Expedite Hearing and Order re same | 0.20 | 37.00 | KLC |
| | Assist CMG drafting Motion to Sell House | 0.15 | 27.75 | KLC |
| Sep-05-21 | Review and revision of home sale motion | 0.35 | 140.00 | CMG |
| Sep-09-21 | Review and revision of house sale motion | 0.25 | 100.00 | CMG |
| | Review memo from KLC re Western Equipment collateral, payments to/from Debtor and to/from Trustee | 0.20 | 80.00 | CMG |
| | Review notice of hearing | 0.20 | 80.00 | CMG |
| | Review order for COS | 0.10 | 40.00 | CMG |
| | Receipt and review of hearing notice re Motion to Sell House; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Order to File Certificate of Service re hearing notice on Motion to Sell House; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
| Sep-10-21 | Review hearing notice | 0.20 | 80.00 | CMG |
| | Dictation of COS re hearing notice on house sale | 0.15 | 60.00 | CMG |
| | Assist CMG drafting Certificate of Service re Motion to Sell House | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Motion to Sell House | 0.20 | 37.00 | KLC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Oct-01-21 | Review July and August MORs | 0.40 | 160.00 | CMG |
| Oct-07-21 | Receipt and review of Order to Submit Proposed Order re Motion to Sell House; calendar deadline to submit order | 0.10 | 18.50 | KLC |
| Oct-08-21 | Dictation of memo to Ms. Arnold re agreed judgment | 0.20 | 80.00 | CMG |
| Oct-11-21 | Review memos to/from Terri Lucas re notice to court administrator of settlement | 0.20 | 80.00 | CMG |
| | Dictation of sale order; Review and revision of same | 0.45 | 180.00 | CMG |
| | Assist CMG drafting Order on Motion to Sell House | 0.10 | 18.50 | KLC |
| Oct-14-21 | Assist CMG drafting Bill of Sale | 0.15 | 27.75 | KLC |
| Oct-20-21 | Review and revision of Motions to Sell Equipment | 0.45 | 180.00 | CMG |
| | Telephone conference with Mr. Nicholson regarding sales of assets | 0.20 | 80.00 | CMG |
| | Finalize sale motions | 0.25 | 100.00 | CMG |
| | Review Chapter 12 Trustee responses to equipment sale motions | 0.40 | 160.00 | CMG |
| | Review Notices of Hearing on sale of equipment | 0.25 | 100.00 | CMG |
| | Review orders for Certificates of Service on sale of equipment | 0.20 | 80.00 | CMG |
| | Receipt and review of hearing notice re Motion to Sell Caddy and Cutter; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Order to File Certificate of Service re hearing notice on Motion to Sell Caddy and Cutter; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
| | Receipt and review of hearing notice re Motion to Sell Bushhog; calendar hearing date | 0.15 | 27.75 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | and objection deadline to trigger preparation of hearing folder | | | |
| | Receipt and review of Order to File Certificate of Service re hearing notice on Motion to Sell Bushhog; calendar deadline to file certificate and notice out materials | 0.15 | 27.75 | KLC |
| Oct-25-21 | Dictation of Certificates of Service (2) regarding Motions to Sell | 0.20 | 80.00 | CMG |
| | Assist CMG drafting Certificate of Service re Motion to Sell Bushhog | 0.10 | 18.50 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Sell Caddy/Cutter | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Motion to Sell Bushhog and Motion to Sell Caddy/Cutter | 0.10 | 18.50 | KLC |
| Oct-28-21 | Review memos to/from Michelle Arnold, review Agreed Judgment | 0.25 | 100.00 | CMG |
| Nov-15-21 | Review memos to/from Charles Barber regarding Agreed Orders on sale of equipment | 0.25 | 100.00 | CMG |
| Dec-08-21 | Review numerous memos to/from Charles Barber, Justin Jones regarding amount of debt due to Kubota, agreement to enter Agreed Order regarding sale hearing and numerous related matters | 0.25 | 100.00 | CMG |
| Dec-13-21 | Attended court hearing regarding settlement of sale motions | 0.20 | 80.00 | CMG |
| | Review minute entry regarding results of hearing | 0.10 | 40.00 | CMG |
| Dec-17-21 | Receipt and review of minute entry re Motion to Sell Bushhog and Motion to Sell Caddy and Cutter; calendar deadline to submit orders | 0.10 | 18.50 | KLC |
| Dec-21-21 | Dictation of sale orders | 1.00 | 400.00 | CMG |
| | Assist CMG revising Agreed Order on Motion to Sell Bushhog | 0.15 | 27.75 | KLC |
| | Assist CMG revising Agreed Order on Motion to Sell Caddy & Cuter | 0.15 | 27.75 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-22-21 | Review and revision of sale orders | 0.35 | 140.00 | CMG |
| | Dictation of letter to counsel regarding form and content of orders and execution of same | 0.25 | 100.00 | CMG |
| | Dictation of letter to client regarding closing sale issues | 0.20 | 80.00 | CMG |
| Dec-29-21 | Review and revision of itemizations | 0.30 | 120.00 | CMG |
| | Dictation of application for compensation | 0.65 | 260.00 | CMG |
| Dec-31-21 | Review orders; Dictation of letter to client re sale proceeds | 0.20 | 80.00 | CMG |
| Jan-03-22 | Assist CMG drafting letter to Darel Nicholson re Agreed Orders on Motions to Sell | 0.10 | 18.50 | KLC |
| Jan-04-22 | Review memos to/from Katie Carter, Harold Barkley's office regarding problems with not filing Monthly Operating Reports | 0.20 | 80.00 | CMG |
| Jan-17-22 | Review memos to/from Katie Carter, Denise Jenno regarding upcoming Monthly Operating Reports and upcoming annual installment to Chapter 12 Trustee | 0.20 | 80.00 | CMG |
| Jan-20-22 | Review Monthly Operating Reports | 1.10 | 440.00 | CMG |
| Jan-30-22 | Review and revision of itemizations | 0.20 | 80.00 | CMG |
| Jan-31-22 | Dictation of application for compensation; Review and revision of same | 0.65 | 260.00 | CMG |
| | Assist CMG reviewing and revising itemizations | 0.10 | 18.50 | KLC |
| Feb-03-22 | Review memos to/from KLC regarding First Western UCC that is blocking auction and asset sales | 0.25 | 100.00 | CMG |
| | Review memos to/from KLC regarding problems with auction property and First Western Uniform Commercial Code financing statement; telephone conference with Mr. Nicholson regarding work around First Western financing statement; certifying DTN assets as opposed to Nicholson Farms | 0.25 | 100.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review memos from client re First Western claim; Review First Western UCC; Telephone conference with Mr. Nicholson re lien of First Western and financing of equipment | 0.35 | 140.00 | CMG |
| | Assist CMG reviewing and revising itemizations | 0.30 | 55.50 | KLC |
| Feb-09-22 | Review memos to/from Michelle Arnold regarding First Western offer, telephone conference with Mr. Nicholson regarding terms of original offer from First Werstern | 0.25 | 100.00 | CMG |
| | Review memo from Will Jefcoat; Telephone conference with Will Jefcoat; Telephone conference with Mr. Nicholson; Telephone conference (5) with Michelle Arnold re sale of planter | 1.00 | 400.00 | CMG |
| | Review numerous memos to/from Michele Arnold regarding release of collateral and other terms of agreement to release planter | 0.25 | 100.00 | CMG |
| Feb-10-22 | Review memos to/from Michelle Arnold regarding amount of settlement for sale of planter | 0.25 | 100.00 | CMG |
| Feb-14-22 | Review memos to/from Jim Wilson regarding foreclosure on planter and/or advance of additional money to resolve lien priority dispute | 0.20 | 80.00 | CMG |
| Feb-16-22 | Telephone conference with Jim Wilson regarding auction transaction | 0.25 | 100.00 | CMG |
| | Telephone conference with First Western regarding auction transaction | 0.20 | 80.00 | CMG |
| | Telephone conference with Jim Wilson regarding advance for auction transaction | 0.25 | 100.00 | CMG |
| Feb-17-22 | Telephone conference with Mr. Nicholson regarding terms of agreement to fund First Western transaction | 0.20 | 80.00 | CMG |
| Feb-18-22 | Review memos to/from Michelle Arnold confirming settlement arrangement with First Western | 0.25 | 100.00 | CMG |
| Feb-21-22 | Telephone conference with James Williams regarding resolution of auction debacle | 0.25 | 100.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-23-22 | Review motion and notice to modify plan | 0.25 | 100.00 | CMG |
| Feb-24-22 | Receipt and review of Trustee's Notice and Motion to Modify Plan; calendar objection deadline | 0.10 | 18.50 | KLC |
| Feb-25-22 | Review memos to/from Michelle Arnold regarding payment, location of payment and retrieval | 0.25 | 100.00 | CMG |
| Feb-28-22 | Assist CMG reviewing and revising itemizations | 0.35 | 64.75 | KLC |
| | Assist CMG drafting CMG's 3rd Fee Application, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| Mar-04-22 | Dictation of application for compensation; Review and revision of same | 0.65 | 260.00 | CMG |
| Mar-10-22 | Review numerous memos to/from Michelle Arnold, Chris Richardson regarding form and content of release by bank of case planter | 0.25 | 100.00 | CMG |
| Mar-15-22 | Review memos to/from U.S. Trustee, Mr. Nicholson regarding Monthly Operating Reports | 0.25 | 100.00 | CMG |
| | Assist CMG drafting letter to Darel Nicholson re delinquent MORs | 0.10 | 18.50 | KLC |
| Mar-22-22 | Assist CMG reviewing and revising itemizations | 0.25 | 46.25 | KLC |
| Apr-13-22 | Review memos to/from Barbara Harrell re monthly operating reports | 0.25 | 100.00 | CMG |
| Apr-14-22 | Review 3 monthly operating reports | 0.75 | 300.00 | CMG |
| | Review memos to/from Shane Wells, KLC re status of monthly operating reports | 0.20 | 80.00 | CMG |
| Jun-07-22 | Telephone conference with Jim Wilson re court approval of extension of deed of trust | 0.15 | 60.00 | CMG |
| Jun-10-22 | Review and revision of itemizations | 0.30 | 120.00 | CMG |
| Jun-15-22 | Work on and finalize application for compensation | 0.55 | 220.00 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jun-16-22 | Assist CMG reviewing and revising itemizations | 0.25 | 46.25 | KLC |
| Jun-20-22 | Assist CMG revising CMG's 3rd Fee Application, Certificate of Service and Order re same | 0.35 | 64.75 | KLC |
| | Totals | 40.95 | $14,552.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Oct-16-20 | Long Distance | 4.13 |
| Feb-26-21 | Photocopies 20 @ $.25 - mailout | 5.00 |
| | Postage 5 @ $1.60 mailout | 8.00 |
| Apr-19-21 | Long Distance | 2.00 |
| Jul-22-21 | Photocopies 20@ $.25 re mailout | 5.00 |
| | Postage 5 @ $.51 re mailout | 2.55 |
| Jul-27-21 | Postage 1 @ $1.20 re Monroe Co. Circuit Clerk | 1.20 |
| | Postage 1 @ $.51 re returned postage | 0.51 |
| Aug-05-21 | Long Distance | 3.00 |
| Aug-20-21 | COURTS/USBC-MS-N | 188.00 |
| Sep-10-21 | Photocopies 10 @ $.25 re mailout | 2.50 |
| | Postage 3 @ $.53 re mailout | 1.59 |
| Sep-19-21 | COURTS/USBC-MS-N | 188.00 |
| Oct-20-21 | Long distance | 2.00 |
| Nov-19-21 | COURTS/USBC-MS-N | 376.00 |
| Feb-09-22 | Long Distance | 2.12 |
| Jun-07-22 | Long Distance | 2.13 |
| | Totals | $793.73 |

**Total Fee & Disbursements**  $15,346.23

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | $400.00 | 32.45 | $12,980.00 |
| **Kathryn L. Carter** | $185.00 | 8.50 | $1,572.50 |

TAX ID Number     45-4013160

# Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048    Fax:601-427-0050

Darel Nicholson    May 4, 2022
32958 Highway 45 N
Nettleton, MS-Mississippi
38858-8322 USA

File #:    319031
**Attention:**    Inv #:    347639

**RE:**    Chapter 12

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-15-20 | Work on Bank of Okolona terms; Review loan documents and Bank objection | 1.85 | 693.75 | CMG |
| Oct-20-20 | Review case law and Speir decision re Trustee compensation and plan payments | 0.65 | 243.75 | CMG |
| Feb-25-21 | Review order for COS | 0.10 | 37.50 | CMG |
|  | Totals | 2.60 | $975.00 |  |

**Total Fee & Disbursements**    **$975.00**

**Balance Now Due**    **$975.00**

TAX ID Number    45-4013160